No. 01–8293.  YOUNG-BEY *v.* MARYLAND, 535 U. S. 998;

No. 01–8372.  IN RE WAUQUA, 535 U. S. 925;

No. 01–8421.  LEWIS *v.* SMITH ET AL., 535 U. S. 1019;

No. 01–8955.  WINKE *v.* BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P. C., 535 U. S. 1041;

No. 01–8968.  MARCELLO ET UX. *v.* MAINE DEPARTMENT OF HUMAN SERVICES, 535 U. S. 1064; and

No. 01–9392.  WILLIAMS *v.* UNITED STATES, 535 U. S. 1043. Petitions for rehearing denied.

No. 01–7292.  RHOADS *v.* FEDERAL DEPOSIT INSURANCE CORPORATION ET AL., 535 U. S. 933.  Motion for leave to file petition for rehearing denied.

JUNE 25, 2002

No. 01–10909 (01A990).  IN RE BROWN.  Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.  Petition for writ of habeas corpus denied.

No. 01–10941 (01A994).  COULSON *v.* TEXAS.  Ct. Crim. App. Tex.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.  Certiorari denied.

JUNE 26, 2002

No. 01–10980 (01A1000).  IN RE WILLIAMS.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.  Petition for writ of habeas corpus denied.  JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

No. 01–10950 (01A995).  WILLIAMS *v.* TEXAS.  Ct. Crim. App. Tex.  Application for stay of execution of sentence of death, pre-

sented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Certiorari denied.

JUNE 28, 2002

No. 01–648. AINSWORTH ET AL. *v.* STANLEY, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKune* v. *Lile, ante,* p. 24.

No. 01–797. THOMAS, A MINOR, BY HER FATHER, THOMAS, ET AL. *v.* ROBERTS ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hope* v. *Pelzer, ante,* p. 730.

No. 01–1159. VAUGHAN *v.* COX ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hope* v. *Pelzer, ante,* p. 730.

No. 01–6798. PERKINS *v.* ALABAMA. Sup. Ct. Ala. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Atkins* v. *Virginia, ante,* p. 304.

No. 01–6821. HARROD *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ring* v. *Arizona, ante,* p. 584.

No. 01–7310. ALLEN *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ring* v. *Arizona, ante,* p. 584.

No. 01–7743. PANDELI *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Cer-